UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE JEFFERSON,<br><br>                              Plaintiff,<br><br>          -against-<br><br>INSTITUTE FOR COMMUNITY LIVING;<br>JUDY RUDEN; GORDON LEWIS;<br>CAMEAL LOW DAVID; GORDON LUISIS,<br><br>                              Defendants. | 1:23-CV-4056 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 7, 2023
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge